**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Glenny DIFO, Defendant–Appellant.**

**No. 15–10029
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2015.

C. Brock Brockington, John Andrew Horn, Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Esther Panitch, The Panitch Law Group, PC, Atlanta, GA, for Defendant–Appellant.

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Esther Panitch, appointed counsel for Glenny Difo in this direct criminal filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Difo's conviction and sentence are **AFFIRMED.**